UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS6

| Case No. | CV 12-345 DSF (VBKx) | Date | 1/13/12 |
|---|---|---|---|
| Title | Springleaf Financial Services, Inc., fka American General Financial Services, Inc. v. Maricela M. Huidor | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    On January 13, 2012, Defendant removed this matter from state court claiming federal question jurisdiction.  The complaint is a state law unlawful detainer complaint and does not state a federal cause of action.  While the Notice of Removal raises potential defenses based on federal law, (see Notice of Removal ¶¶ 6,10), federal question jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert.  See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.